**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  JOHN OLAF HALVORSON, | No. 23-55748 |
| Debtor. | D.C. No. 8:22-cv-01236-JVS |
| ——————————————— | |
| DAN L. HALVORSON; JERRY ANN RANDALL, | MEMORANDUM* |
| Appellants, | |
| v. | |
| WENETA M.A. KOSMALA, Chapter 7 Trustee; et al., | |
| Appellees. | |

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted June 14, 2024**
Pasadena, California

Before:  W. FLETCHER, CHRISTEN, and VANDYKE, Circuit Judges.

———————————

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Appellants Dan L. Halvorson and Jerry Ann Randall ("Appellants") appeal from the district court's order affirming the bankruptcy court's order denying their motion to vacate the order closing the case. We have jurisdiction under 28 U.S.C. § 158(d)(1) and we affirm.

The parties are familiar with the procedural history of this case and we need not repeat it here. The determinative question in this appeal is whether an action pending in a federal district court may be removed to bankruptcy court in a different district. The simple answer is "no". No statute, including the bankruptcy removal statute, 28 U.S.C. § 1452, permits such a removal. Appellants cite no case law supporting their position.

**AFFIRMED.**